Howard J. Russell, Esq.
Nevada Bar No. 8879
(hrussell@wwhgd.com)
Johnathan T. Krawcheck
*Admitted Pro Hac Vice*
(jkrawcheck@wwhgd.com)
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone:   (702) 938-3838
Facsimile:    (702) 938-3864

*Attorneys for Defendant*
*Boston Scientific Corporation*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEON MARINSKY and ANAT MARINSKY, Husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation, DOES I through V, inclusive,<br><br>Defendant. | Civil Action No. 2:11-cv-00161-GMN-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COME NOW, Plaintiffs Leon Marinsky and Anat Marinsky, and Defendant Boston Scientific Corporation, by and through their respective counsel of record, and hereby stipulate that the above-captioned action is **DISMISSED WITH PREJUDICE** in its entirety. The parties state that they have reached a full and final settlement of this matter. All parties are to bear their own costs, fees and expenses hereto.

///

1  Dated this 24 day of March, 2012.                Dated this 4 day of April, 2012.

   _____                  _____
   Keith E. Galliher, Jr., Esq.                     Howard J. Russell, Esq.
   THE GALLIHER LAW FIRM                            Johnathan T. Krawcheck, Esq.
   1850 E. Sahara Ave., Suite 107                   WEINBERG, WHEELER, HUDGINS,
   Las Vegas, NV 89104                                GUNN & DIAL, LLC
                                                    6385 S. Rainbow Blvd., Suite 400
   Dennis M. Prince, Esq.                           Las Vegas, Nevada 89118
   PRINCE & KEATING, LLP
   3230 S. Buffalo Dr., Suite 108                   *Attorneys for Defendant*
   Las Vegas, NV 89117                              *Boston Scientific Corporation*

   *Attorneys for Plaintiffs*
   *Leon Marinsky and Anat Marinsky*

## ORDER

Pursuant to the Stipulation of the parties hereto, the above-captioned action is **DISMISSED WITH PREJUDICE**. All parties are to bear their own costs, fees and expenses.

**IT IS SO ORDERED:**

_____
Hon. Gloria M. Navarro
United States District Judge

Dated: April 5, 2012